No. 00–972. CONTEMPORARY MEDIA, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–995. PIZZA HUT, INC. v. PAPA JOHN'S INTERNATIONAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1020. BOROFF v. VAN WERT CITY BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1027. TRACY v. BAPTIST HEALTHCARE SYSTEM, INC. C. A. 6th Cir. Certiorari denied.

No. 00–1071. CARRERAS-ROSA v. ALVES-CRUZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–1076. TUNSTALL, A MINOR, BY AND THROUGH HER MOTHER, TUNSTALL, ET AL. v. BERGESON, SUPERINTENDENT OF PUBLIC INSTRUCTION OF WASHINGTON, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 00–1108. ADAMS OUTDOOR ADVERTISING v. CITY OF EAST LANSING. Sup. Ct. Mich. Certiorari denied.

No. 00–1110. ELAMIR ET AL. v. MAGNET RESOURCES, INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–1116. DAVIS v. NICHOLS ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1119. CRYSEN/MONTENAY ENERGY CO. v. SHELL OIL CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1122. B. C. ROGERS PROCESSORS, INC., ET AL. v. BOC GROUP, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1123. FEIST ET AL. v. CONSOLIDATED FREIGHTWAYS CORP. C. A. 3d Cir. Certiorari denied.